# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** : | |
| **JOHN GASSEW** : | **CIVIL ACTION NO. 20-CV-2044** |
| : | |

## ORDER

AND NOW, this 10th day of June, 2020, upon consideration of John Gassew's *pro se* Petition for Writ of Mandamus (ECF No. 1), it is **ORDERED** the Petition is **DISMISSED** as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1), for the reasons stated in the Court's Memorandum.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge